US DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 2 2 2013

TONY R. MOORE, CLERK
GB
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

Bell

versus

Hercules Liftboat Company LLC

Civil Action No. 6:13-00776

Judge Richard T. Haik, Sr.

Magistrate Judge C. Michael Hill

## JUDGMENT

For the oral reasons assigned by the Court in the hearing conducted on July 18, 2013,

**IT IS ORDERED** that the Motion To Dismiss Plaintiff's Petition For Damages filed by Hercules Liftboat Company LLC [Rec. Doc. 7] is **GRANTED** and Hercules Liftboat Company LLC is awarded $1000.00 in attorney's fees.

**IT IS FURTHER ORDERED** that the Motion For Sanctions filed by Hercules Liftboat Company LLC [Rec. Doc. 8] is **DENIED**.

**THUS DONE AND SIGNED** this 18th day of July, 2013 at Lafayette, Louisiana.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE