RECEIVED

AUG 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Sue Bell            Civil Action No 6:13-cv-0776

versus            Judge Richard T. Haik, Sr.

Hercules Liftboat Company, LLC            Magistrate C. Michael Hill

## ORDER

Considering the Motion To Reconsider Assessment of Attorney Fees filed by the plaintiff, Sue Bell, [Rec. Doc. 29], moving the Court to reconsider and reverse the assessment of attorney's fees against her. Based on the record before the Court as well as the history of this litigation, including the Judgments issued by the Middle District of Louisiana on August 7, 2012 and the Fifth Circuit on April 11, 2013,

**IT IS ORDERED** that the Motion is granted in part and the Court's July 22, 2013 Judgment, *R. 28*, is hereby amended, relieving the plaintiff, Sue Bell, of the requirement to pay to the defendant $1000.00 in attorney's fees incurred in preparing the Motion to Dismiss.

**IT IS FURTHER ORDERED** that Counsel for plaintiff, Charlotte C. Mc Daniel McGehee, is ordered to pay attorney's fees in the amount of $1000.00 to defendant, Hercules LiftBoat Co. LLC, pursuant to the ADA and Federal Rule of Civil Procedure 11. *See, Merriman v. Security Ins. Co. of Hartford*, 100 F.3d 1187, 1194 (5th Cir.1996)(the award of attorneys' fees is explicitly targeted to deference of litigation abuse).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 6th day of August, 2013.

Richard T. Haik, Sr.
United States District Judge